VINCENZA PASSAFIUME, PETITIONER-DEFENDANT, v. H. T. HYNDS, INC., RESPONDENT-PROSECUTOR.

Submitted January 20, 1942—Decided February 3, 1942.

Before Justices BODINE, PERSKIE and PORTER.

For the respondent-prosecutor, *John W. Taylor* and *Harry E. Walburg*.

For the petitioner-defendant, *Herman M. Wilson*.

BODINE, J. In this case, there was an award in the Bureau, affirmed in the Essex Court of Common Pleas, and Mr. Justice Parker denied *certiorari*. Such a result should not be lightly disturbed.

The deceased was a laborer. He was 58½ years old. He had arterio-sclerosis heart disease. While engaged in over-time and extra heavy exertion, he died of coronary occlusion with thrombosis.

The proofs show that this could have been caused by the extra strain under which he was working that day. We, too, find as a fact that there was a causal relation between the extra heavy exertion occasioned by decedent's work and his death. The case clearly falls within the rule laid down in *Bernstein Furniture Co.* v. *Kelly*, 115 *N. J. L.* 500; *Hentz* v. *Janssen Dairy Co.*, 122 *Id.* 494; *Ciocca* v. *National Sugar Refining Co.*, 124 *Id.* 329; *Molnar* v. *American Smelting Co.*, 127 *Id.* 118; *affirmed*, 128 *Id.* 11.

The writ is denied, with costs.